IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREAT WESTERN BANK, Special Administrator of the Estate of CORA BETTS, a minor, deceased; GREAT WESTERN BANK, Special Administrator of the Estate of MICHAEL C. BETTS, III, a minor, deceased; DEBORAH BETTS, as mother and next friend of PATRICK BETTS, a minor; and DEBORAH BETTS, as step-mother and next friend of ASPEN BETTS, a minor; DEBORAH BETTS, Individually; <br><br>    Plaintiffs, <br><br>vs. <br><br>SERGEY V. YASINSKIY; MIKHAIL V. YASINSKIY; HERBERT RODRIGUES; M & H TRAILERS, INC., an Oregon corporation; and YMV TRANSPORT, INC., a Washington corporation, <br><br>    Defendants. | 8:08CV435 <br><br> ORDER |

THIS MATTER is before the Court on the motion of the Plaintiffs, GREAT WESTERN BANK, Special Administrator of the Estate of CORA BETTS, a minor, deceased; GREAT WESTERN BANK, Special Administrator of the Estate of MICHAEL C. BETTS, III, a minor, deceased; DEBORAH BETTS, as mother and next friend of PATRICK BETTS, a minor; DEBORAH BETTS, as step-mother and next friend of ASPEN BETTS, a minor; and DEBORAH BETTS, Individually, for Entry of Protective Order (Filing No. 25), and following a telephone conference with counsel on December 23, 2008;

**IT IS ORDERED:**

1.    Plaintiffs' motion (Filing No. 25) is granted.

  2. The condition of the following instrumentalities and the component parts shall be preserved and all destruction, alteration, or change to those instrumentalities and the component parts is prohibited without prior Court Order based upon a showing of good cause:

    a. The 2000 Bricklin truck with Vehicle Identification Number KMFPB69BXXC009724, and its components;

    b. The automobile transport trailer being towed by the aforementioned truck at the time of the crash which is the subject of this suit, and its component parts;

    c. The trip recorder, event data recorder, engine control module, electronic vehicle management system, black box, and any other electronic recording devices for the truck and/or trailer; and

    d. All data compilations downloaded from any of the devices identified in paragraph C of this Order, and all material recording that data or documenting its retrieval from those devices.

  3. A telephonic status conference will be held **on January 27, 2009, at 11:00 a.m.** regarding the status of the equipment. Plaintiffs' counsel shall initiate the telephone conference.

**IT IS FURTHER ORDERED:**

**On or before January 9, 2009**, the plaintiffs and defendants shall file affidavits regarding their choice as to the place of trial.

DATED this 23rd day of December, 2008.

          BY THE COURT:

          s/Thomas D. Thalken
          United States Magistrate Judge