# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GREAT WESTERN BANK,** <br> **Special Administrator of the Estate of** <br> **Cora Betts, a minor, deceased, et al.,** | ) <br> ) <br> ) <br> ) | |
| **Plaintiffs,** | ) <br> ) | 8:08CV435 |
| v. | ) <br> ) | ORDER |
| **SERGEY V. YASKINSKIY, et al.,** | ) <br> ) | |
| **Defendants.** | ) | |

This matter is before the court after a telephone conference with the parties on January 27, 2009. The protective order entered December 23, 2008 shall remain in effect as set forth below.

**IT IS ORDERED:**

1. The condition of the following instrumentalities and the component parts shall be preserved and all destruction, alteration, or change to those instrumentalities and the component parts is prohibited based upon a showing of good cause:

   a. The 2000 Bricklin truck with Vehicle Identification Number KMFPB69BXXC009724, and its components;
   b. The automobile transport trailer being towed by the aforementioned truck at the time of the crash which is the subject of this suit, and its component parts;
   c. The trip recorder, event data recorder, engine control module, electronic vehicle management system, black box, and any other electronic recording devices for the truck and/or trailer; and
   d. All data compilations downloaded from any of the devices identified in paragraph c of this Order, and all material recording that data or documenting its retrieval from those devices.

2. The protective order described above will expire on **February 10, 2009**.

DATED this 27th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge