## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREAT WESTERN BANK, Special Administrator of the Estate of CORA BETTS, a minor, deceased, et al., | Cause No. 8:08-CV-435 |
| Plaintiffs, | Judge Joseph F. Bataillon |
| vs. | Magistrate Thomas D. Thalken |
| YMV TRANSPORT, INC., a Washington corporation, et al., | |
| Defendants. | |

### ORDER

THIS CAUSE coming to be heard on a Stipulation to Dismiss, due notice having been given, the Court finding that all parties through counsel are in agreement with the Stipulation to Dismiss, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

Pursuant to agreement of the parties through counsel, this cause is dismissed in its entirety without prejudice to a cause of action pending in Nebraska state court, District Court of Douglas County, Cause No. 1092-979, each party to bear its own costs.

DATED: March 24, 2009

IT IS SO ORDERED:

s/ Joseph F. Bataillon
Chief District Judge

PREPARED AND SUBMITTED BY:

Vincent B. Browne
Dennis T. Schoen, P.C.
221 North LaSalle Street, Suite 663
Chicago, Illinois 60601
T: 312-558-9143
F: 312-558-5426
Email: dschoen@dtschoenlaw.com